UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN ADAM DIXON, | CASE NO. 2:24-cv-00647-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CYNTHIA BUHR and SKELLENGER BENDER, P.S., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice. Dkt. No. 12. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 7th day of June, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1